IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CORRINE RIOS *et al.*,

    Plaintiffs,

v.                                                                                No. 1:25-cv-00631-SMD-JHR

CITY OF RIO RANCHO,

    Defendant.

## ORDER TO CURE DEFICIENCY

Plaintiff Corrine Rios signed the Complaint, Motion for Temporary Restraining Order and Motion to Expedite Hearing. *See* Complaint at 24, filed July 3, 2025 (signed by Corrine Rios "on behalf of all named Plaintiffs"); Doc. 4, filed July 3, 2025; Doc. 6, filed July 3, 2025. The other fourteen Plaintiffs did not sign the Complaint and Motions. The Complaint states: "Each Plaintiff affirms their individual participation in this lawsuit and has authorized Corrine Rios to sign and file this Verified Complaint on their behalf." Complaint at 24. That authorization is not sufficient.

> Every pleading, written motion, and other paper must be signed by at least one attorney of record ... or *by a party personally if the party is unrepresented* ... The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

Fed. R. Civ. P. 11(a) (emphasis added). The Court orders all Plaintiffs to sign the Complaint and both Motions within 21 days of entry of this Order. The Court must strike the Complaint and both Motions if each Plaintiff does not promptly personally sign the Complaint and both Motions.

**IT IS ORDERED** that each Plaintiff shall, within 21 days of entry of this Order, personally sign the Complaint, the Motion for Temporary Restraining Order and the Motion to Expedite Hearing. Failure of each Plaintiff to timely personally sign the Complaint and Motions may result in the Court striking the Complaint and Motions.

                                                                                                         **UNITED STATES MAGISTRATE JUDGE**